IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CLARA HALL CZOKA, ADMINISTRATRIX OF THE ESTATE OF PAGIEL HALL CZOKA, AND CLARA HALL CZOKA, INDIVIDUALLY<br><br>**Plaintiffs,**<br>v.<br><br>STERLING INFOSYSTEMS, INC. d/b/a STERLING TALENT SOLUTIONS<br><br>**Defendant.** | Case No: 2:17-cv-00205<br>**JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL

Come the Plaintiffs, pursuant to FRCP 41(a)(1)(A)(i), there being no Answer or Motion for Summary Judgement filed or served in this case, and respectfully give notice of a voluntary dismissal in this case. This dismissal is without prejudice pursuant to FRCP 41(a)(1)(B).

> Respectfully Submitted,
>
> CLARA HALL CZOKA,
> ADMINISTRATRIX OF THE ESTATE
> OF PAGIEL HALL CZOKA, AND
> CLARA HALL CZOKA, INDIVIDUALLY
>
> BY: /s/ John S. Bingham, Esq.
> John S. Bingham, BPR#006263
> *One of Plaintiff's Attorneys*
> **HAWKINS BINGHAM & MILLER**
> 1397 East Center Street
> Kingsport, TN 37664
> (423) 246-9100 telephone
> (423) 246-9282 facsimile
> hmbm@embarqmail.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2017 a true and exact copy of the foregoing **Notice of Voluntary Dismissal** has been filed electronically and has been served upon the following parties in interest herein by electronic mail, or by delivering same to the offices of said parties in interest, or by mailing same to the offices of said parties in interest by United States Mail with sufficient postage thereon to carry the same to its destination.

Timothy B. McConnell
Jacob S. Gibson
Baker, Donelson, Bearman, Caldwell &Berkowitz, P.C.
265 Brookview Centre Way
Suite 600
Knoxville, TN 37919

Pamela Q. Devata
John W. Drury
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

/s/ John S. Bingham
John S. Bingham